UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

----------------------------------------------------------x
In re:                                          :          Case No. 20-51998-AMK
                                                :
     GRANT THOMAS WILCOX,            :          Chapter 13
                                                :
                                                :
       Debtor.                    :
                                                :
----------------------------------------------------------x
                                                :          Adv. Pro. No. 21-5001
GRANT T. WILCOX,                                :
                                                :
    Plaintiff,                         :          Judge Alan M. Koschik
                                                :
        v.                     :
                                                :
SARA N. WILCOX n/k/a SARA BUTTS, *et al.* :
                                                :
    Defendants.                        :
----------------------------------------------------------x

## RESPONSE OF SARA BUTTS AND HERBERT BAKER TO MOTION FOR RESTRAINING ORDER AND MOTION FOR INJUNCTION

     Now come Sara Butts f/k/a Sara Wilcox and Herbert Baker ("Defendants") by and through

their undersigned counsel and hereby submit their Response to Motion for Restraining Order (Doc.

No. 7).  For their Response, Defendants state as follows:

1.     Plaintiff Grant Wilcox is yet again seeking relief from this Court from the consequences of his own behavior.  Plaintiff attaches police reports from Streetsboro and Aurora as Exhibits D and E to the Motion for Restraining Order (the "Motion").  They indicate traffic stops.  Neither of those reports indicate that Plaintiff was stopped because of the capias issued from Licking County.  Further, attached hereto as Exhibits A, B. and C are police reports from the Windham police department.  Those stops were either traffic stops or health checks.  Plaintiff is well known to local police but they are not stopping him because of the capias.

2.     Plaintiff calls the Motion a motion for a restraining order but in fact is asking the court for affirmative relief—to "enter a temporary restraining order directing Creditor Defendants to **IMMEDIATELY** vacate the civil arrest warrant issued by the Licking County Domestic Relations Court".  Plaintiff, however, complains in the Motion about the hearing Defendants are asking the Licking County Domestic Relations Court (the "DR Court") to schedule for that specific purpose.  See Exhibit F to Motion.  There are other non-monetary matters, which matters are not stayed by Plaintiff's chapter 13 filing, but Plaintiffs are seeking to ask the DR Court to withdraw the capias.

3.     Plaintiff complains that Defendants have not done enough to cause the withdrawal of the capias.  The DR Court has notice of the Plaintiff's chapter 13 filing.  The DR Court has determined for itself that the stay did not apply.  See Exhibit D attached hereto.  Plaintiff's issue is with the DR Court, not Defendants.  Defendants have done what is necessary to comply with the bankruptcy stay.

4.     Additionally, there are matters not stayed by the Bankruptcy Code for which the capias was issued.  The judgment entry attached to the Motion as Exhibit C recites the bases for the issuance of the capias.  Two of those bases are the failure to submit a QDRO and failure to sign a power of attorney for real property awarded to Defendant Sara Butts.  Exhibit C at pg. 2.  Neither of

those matters are stayed by the bankruptcy stay because they are actions Plaintiff needs to take to give effect to the divorce decree.

5.     Defendants have been the subject of baseless adversary proceedings filed by Plaintiff and multiple bankruptcy cases themselves which appear solely to flout the orders from the DR Court and avoid Plaintiff's obligations to Defendant Sara Butts.  Plaintiff has no counsel and appears unable or unwilling to obtain counsel.  Defendants should not have to continue to be the target of vexatious litigation brought about by Plaintiff.  Accordingly, Defendants respectfully request this Court to enjoin Plaintiff from making any further filings in this Court pro se or without leave of court.  He has proven himself to be a vexatious litigator over the last 2 years since he reopened his prior chapter 7 case and sought relief against the Defendants.  Absent competent counsel or leave of court, Plaintiff will continue to cause Defendants to incur fees defending themselves and continue to waste the Court's time.

6.     This Court has authority to issue such an order.  See, <u>Simon v. Amir (In re Amir)</u>, Nos. 08-13700, 13-1051, 2013 Bankr. LEXIS 3915 (Bankr. N.D. Ohio Sep. 18, 2013).  The court in <u>Amir</u> found the authority for issuing such an injunction in 11 U.S.C § 105 and Federal Rule of Bankruptcy Procedure 9011.  <u>Id.</u> at *8-9.  This Court should likewise enjoin Plaintiff from further filings pro se or without leave of court.

WHEREFORE, Sara Butts, f/k/a Sara Wilcox, and Herbert Baker respectfully request that the Court deny Plaintiff's Motion, enjoin Plaintiff from filing motions or other papers seeking

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

relief against Defendants without counsel or without leave of court, and grant any other and further relief that the Court deems just and proper.

Respectfully submitted,

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
3930 Fulton Dr., N.W., Ste. 100B
Canton, Ohio 44702
Telephone: 330-305-9700
Facsimile: 330-305-9713
E-mail: tony@ajdlaw7-11.com

COUNSEL FOR SARA BUTTS
f/k/a SARA WILCOX AND
HERBERT BAKER

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, a copy of the foregoing Response was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- Keith Rucinski    efilings@ch13akron.com
- United States Trustee    (Registered address)@usdoj.gov


/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo

The undersigned hereby certifies that a copy of the foregoing Response was served via e-mail, upon those listed below, this 2nd day of February, 2021.


/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo

Grant T. Wilcox
grant.wilcox@gmail.com

**EXHIBIT A**



# Windham PD

Windham PD

9083 North Main St.
Windham, OH 44288
Phone: (330)326-2211
Fax:   (330)326-3398

Released by
Windham Police Dept.

## Incident Report

**Incident #:** **W202001154**     **Report Date:** **Wednesday, December 16, 2020**

### Incident Information

| | |
|---|---|
| **Call Type:** | **TRAFFIC STOP** |
| **Location:** | 0 E CENTER ST/SCHOOL ST     WINDHAM |

**Zone:**

| | | | | |
|---|---|---|---|---|
| **Occurred Between:** | 12/16/2020   20:45:00 | And | 12/16/2020   20:45:00 | |
| **Supervisor:** | 713 Richard Garinger | | **Unit on Scene:** | |
| **Officer Report:** | 724 ANDREW PRIEST | | **Officer Assigned:** | 724 ANDREW PRIEST |
| **Boards: D, C or J:** | | | **Copies To:** | |
| **Approved By:** | Dale       Korman | | **Approved Date:** | 12/18/2020 |
| **Clearance Code:** | J  - CLOSED | | | |

COPY

### Dispatch Times

| | | | | |
|---|---|---|---|---|
| **Received:** 20:45 | **Dispatched:** 20:45 | **Arrived:** 20:45 | **Cleared:** 20:57 | **Total:** 0:12 |

### Incident Names

| Entry Type | **Name:** | WILCOX, GRANT THOMAS | **DOB:** | 05/23/1988 |
|---|---|---|---|---|
| DRC | **Address:** | 9858 GREEN DR          WINDHAM, OH 44288 | **Phone1:** | |
| | **Sex:** M   **Race:** W   **Hgt:** 6  2   **Wgt:** 400   **Hair:** BRO   **Eyes:** BLU | | **Phone2:** | |

### Incident Vehicles

☐ Stolen     ☐ Recovered     ☐ Impounded     ☐ Abandoned     ☐ UnAuthorized Use

☐ Suspect Vehicle     ☐ Victim Vehicle

| | | | |
|---|---|---|---|
| **Plate#:** HPM9842 | **State:** OH | **License Year:** 05/23/2021 | **Plate Type:** PC |
| **Year:** 2018   **Make:** CHEV | | **Model:** TK | **Body Style:** |
| **VIN:** 1GCGTCEN8J1304281 | | **Color:** BLK / | **Value:** |
| **Owner:** | | **Address:**       , | |
| **Phone:** | **Insured By:** | | **OCA#:** |
| **Towed:** ☐ | **Towed By:** | | **Towed To:** |
| **Date Recovered:** | **Where Recovered:** | | |

Additional Description

# Windham PD

Windham PD

9083 North Main St.
Windham, OH 44288
Phone: (330)326-2211
Fax: (330)326-3398

Released by
Windham Police Dept.

# Incident Report

**Incident #:** W202001154     **Report Date:** Wednesday, December 16, 2020

## Incident Vehicles

### Vehicle Recovery Information

| | |
|---|---|
| Recovered By | |
| Officer | |
| Date Recovered | Recovery Dept |
| Location | |
| Towed By | |
| Towed To | |
| Owner Notified By | |
| Notified Date | Notified Time |

*COPY*

### Original Condition

| Intact | ☐ | Collision | ☐ | Burn Out | ☐ | Strip | ☐ |
|---|---|---|---|---|---|---|---|

### Original Damage/Missing

| Front End | ☐ | Rear Clip/Cab | ☐ | Doors | ☐ | Transmission | ☐ |
|---|---|---|---|---|---|---|---|
| Deck/Lid/Bed | ☐ | Interior Parts | ☐ | Engine | ☐ | Dashboard | ☐ |
| Vin Plate | ☐ | Lic Plate | ☐ | Column/Ignition | ☐ | | |

Other

### Recovered Condition

| Intact | ☐ | Collision | ☐ | Burn Out | ☐ | Strip | ☐ |
|---|---|---|---|---|---|---|---|

### Recovered Damage/Missing

| Front End | ☐ | Rear Clip/Cab | ☐ | Doors | ☐ | Transmission | ☐ |
|---|---|---|---|---|---|---|---|
| Deck/Lid/Bed | ☐ | Interior Parts | ☐ | Engine | ☐ | Dashboard | ☐ |
| Vin Plate | ☐ | Lic Plate | ☐ | Column/Ignition | ☐ | | |

Other

### Disposition

| Returned Owner | ☐ | Destroyed | ☐ | Auction | ☐ | Dept Use | ☐ |
|---|---|---|---|---|---|---|---|

Other

21-05001-amk     Doc 8     FILED 02/02/21     ENTERED 02/02/21 14:24:26     Page 8 of 21



# Windham PD

Windham PD

9083 North Main St.
Windham, OH 44288
Phone: (330)326-2211
Fax:    (330)326-3398

Released by
Windham Police Dept.

## Incident Report

**Incident #:** W202001154

**Report Date:** Wednesday, December 16, 2020

---

### Narrative Report

On 12/16/2020, Officer Priest did a random license plate check on a vehicle bearing Ohio license plate HPM9842. This vehicle was parked, running and occupied in front of Dixie's DIner on E Center St. The vehicle registration check returned with the registered owner, Grant Wilcox, having a warrant out of Licking County (within the radius). Officer Priest stopped the vehicle as it was traveling WB on E Center St. Officer Priest explained to Wilcox the reason for the stop and asked him to step out of the vehicle. Wilcox became very agitated and was recording the stop with his personal cell phone. Wilcox remained agitated during the interaction and loudly boasted that Officers on scene were going to need to 'rough him up'. Dispatch returned information stating Licking County asked Officers to advise Wilcox and release him. Wilcox was advised and stated he wanted a report number so he could document he was detained for the warrant. Wilcox was provided the report number and all parties cleared the scene.

| | | |
|---|---|---|
| Report By: | | Date: |
| Supervisor: | | Date: |
| Entered By: | | Date: |
| Approved By: | | Date: |

COPY

21-05001-amk    Doc 8    FILED 02/02/21    ENTERED 02/02/21 14:24:26    Page 9 of 21

**EXHIBIT B**



# Windham PD

Released by
**Released by**
**Windham Police Dept.**

**Windham PD**

**9083 North Main St.**
**Windham, OH 44288**
**Phone: (330)326-2211**
**Fax:     (330)326-3398**

## Incident Report

**Incident #:**  **W202001157**     **Report Date:**  **Thursday, December 17, 2020**

COPY

### Incident Information

| | |
|---|---|
| Call Type: | **PSYCHIATRIC SITUATION** |
| Location: | 9858 GREEN DR     WINDHAM     Zone: |
| Occurred Between: | 12/17/2020     13:05:00    And    12/17/2020     13:05:00 |

| | | | |
|---|---|---|---|
| Supervisor: | 705 Dale Korman | Unit on Scene: | 727/725/71 |
| Officer Report: | 727 Eldin Beganovic | Officer Assigned: | 727 Eldin Beganovic |
| Boards: D, C or J: | | Copies To: | |
| Approved By: | Dale      Korman | Approved Date: | 12/18/2020 |
| Clearance Code: | J  - CLOSED | | |

### Dispatch Times

| | | | | | |
|---|---|---|---|---|---|
| Received:  13:05 | Dispatched:  13:05 | Arrived:  13:14 | Cleared:  15:56 | Total:  2:51 |

### Incident Names

| Entry Type | Name: | WILCOX, GRANT THOMAS | DOB: | 05/23/1988 |
|---|---|---|---|---|
| **SUB** | Address: | 9858 GREEN DR     WINDHAM, OH 44288 | Phone1: | |
| | Sex: M   Race: W   Hgt: 6  2   Wgt: 400   Hair: BRO   Eyes: BLU | | Phone2: | |

| Entry Type | Name: | WILCOX, THOMAS | DOB: | 09/25/1958 |
|---|---|---|---|---|
| **OIV** | Address: | 641 STATE ROUTE 303     , OH | Phone1: | |
| | Sex: M   Race: W   Hgt: 0  0   Wgt: 0   Hair:   Eyes: | | Phone2: | |

| Entry Type | Name: | VANDERBLUM, BARB | DOB: | |
|---|---|---|---|---|
| **OIV** | Address: | 9859 GREEN DRIVE     WINDHAM, OH | Phone1: | |
| | Sex: F   Race: W   Hgt: 0  0   Wgt: 0   Hair:   Eyes: | | Phone2: | |

### Narrative Report

On 12/17/2020 at approximately 1305 hours, Officer Beganovic and Officer Lyashko were dispatched to 9859 Green Drive in reference to a 911 hang-up. Dispatch advised that screaming could be heard from the call and that there had been a history of 911 hang-ups at that location. Upon arrival, Officer Beganovic made contact with the home owner of 9859 Green Drive, Barb Vanderblum. Officers advised Vanderblum that a 911 hang-up was plotted at her residence and asked if she was the one who called. She stated that she did not call 911. Vanderblum advised officers that they could search her residence to prove no one else was there. With a search of the residence, no other individuals were found. Vanderblum stated that the caller could have possibly been Grant Wilcox.
At approximately 1317, Sergeant Garinger arrived on scene. Sergeant Garinger advised to the other officers that he believes that the caller was Grant Wilcox. Wilcox lives across the street from 9859 Green Drive, at 9858 Green Drive. Upon confirmation from dispatch, it was found that the initial caller number was in fact that of Grant Wilcox. Officer Beganovic apologized to Vanderblum for the inconvenience, in which she replied to with understanding. According to Sergeant Garinger, Wilcox came to the police department earlier in the day in reference to a report for a traffic stop that was conducted on him the night before. Sergeant Garinger believed that Wilcox was making an attempt to mess with the police by calling in a 911 hang-up.

Upon approach of 9858 Green Drive, Officer Beganovic and Officer Lyashko could hear yelling from the residence.

21-05001-amk    Doc 8    FILED 02/02/21    ENTERED 02/02/21 14:24:26    Page 11 of 21



# Windham PD

**Windham PD**

9083 North Main St.
Windham, OH 44288
Phone: (330)326-2211
Fax: (330)326-3398

Released by
Windham Police Dept.

## Incident Report    Incident #:    **W202001157**    Report Date:    **Thursday, December 17, 2020**

Wilcox's vehicle was parked in the driveway. Officers knew that he was home. Dispatch advised officers that Wilcox called dispatch again, stating that he paid "the ransom", thanked dispatch, then hung-up. Officers knocked on both front and back doors for over ten minutes. Numerous attempts were made to speak with Wilcox, but no answer. Officers continued to hear Wilcox talking to someone. Officer Lyashko was positioned in the rear of the residence while Officer Beganovic and Sergeant Garinger were positioned in the front. Officer Beganovic decided to stand below the living room window at an attempt to hear Wilcox. Wilcox seemed to be on the phone with an unknown individual. Officer Beganovic heard Wilcox say the following: "They are surrounding me. There are Windham and Garrettsville officers all over my house", "They are here to get me for the warrant", "I have to pay for what I did to my son and my wife", "I'm going to end it". Wilcox said many other things but Officer Beganovic could not understand due to the barrier between the two. Wilcox made a reference to some sort of protocol. Wilcox stated, "Start the Omega Protocol". Officer Beganovic did not know what to make of this, and advised other units of what he heard. Sergeant Garinger contacted the prosecutors office and spoke with Prosecutor Michniak. Wilcox has a warrant out of Licking County for Failure to Appear to Jail/Contempt of Court. Based on information gathered to this point, Michniak advised that if Licking County would not take Wilcox on the warrants, then we would be able to pink-slip Wilcox. Based on the possibility of self-harm, Sergeant Garinger made the call to enter the residence. Dispatch requested mutual aid for the Windham Officers. Garrettsville and Portage County Sheriffs Office were requested. At approximately 1355 hours, Garrettsville Officers arrived on scene.

At approximately 1358 hours, entry was made into the residence at the front door. Both Windham and Garrettsville officers entered the residence and found Grant Wilcox sitting on a chair in his living room. As officers cleared the residence, Sergeant Garinger detained Wilcox. Wilcox was only wearing underwear. After speaking with Wilcox, officers determine that he is not in state of normality. Wilcox questioned why officers were harrassing him, and that he knew we were there for his warrant. After advising Wilcox of their actual intentions of making sure he was safe, he dismissed the police. Wilcox stated that police were violating his rights by entering his property without his permission and that he would pursue damages. Sergeant Garinger advised Wilcox that he had ample opportunities to open the door and speak with police to make sure he was okay. Wilcox claims he never knew we were outside, and that he did not hear us. At approximately 1410 hours, Windham Fire and PCSO deputies arrived on scene. Wilcox answered all of the fire personnel questions. Multiple officers identified a Jack Daniels Whisky bottle in the kitchen, empty. There was a whisky glass on the night stand next to where he was sitting. When asked for a blood sugar sample, Wilcox refused. Wilcox stated that since his hands were handcuffed behind him, the hands were not in his presence. With this, he claimed fire personnel had no right to take his blood. Wilcox advised officers that if they un-cuffed him, and cuffed him in the front, they could take his blood sugar. He was advised that he would not be cuffed in the front. Wilcox began to become more agitated than before. He began to lash out at police and fire personnel. Wilcox dismissed much of what they had to say and began having vulgar language. Wilcox stated that he wanted to die. He stated that he wanted it to end, and that his life was "worthless". Wilcox was advised that he would be taken to the hospital and pink-slipped. Wilcox decided to lean back, and rest his head on his living room night stand. Wilcox softly tapped his head on the stand once. Immediately after the first, he did it again. Suddenly he aggressively banged his head on the stand as hard as he could. Fire and police personnel grabbed his head so he would not cause any more damage to himself. Fire asked Wilcox where he would like to be taken to be evaluated. Wilcox stated that he did not care and that he "wanted to go for a ride". Wilcox eventually decided to be taken to UH Portage County Ravenna.

With the help of fire personnel, Wilcox stood up on his own. Wilcox was given the opportunity to use the restroom before he was taken. As Wilcox was escorted outside, he walked right past the cot he was supposed to lay on and started walking towards his driveway. Sergeant Garinger and Officer Beganovic grabbed Wilcox by the arms and tried to stop him from moving. Wilcox then began to fight with officers while screaming profanities to the neighbors and police officers. Wilcox continued to scream and resist for approximately one minute until he calmed down and sat in the cot. Once Wilcox was secured to the cot, his father arrived on scene. His father is Thomas Wilcox.



Windham PD

Windham PD

9083 North Main St.
Windham, OH 44288
Phone: (330)326-2211
Fax: (330)326-3398

# Incident Report

Incident #: **W202001157**        Report Date: **Thursday, December 17, 2020**

Thomas motioned to Officer Beganovic to explain to him what had happened. After advising Thomas of the events with Grant, Thomas advised Officer Beganovic that he was happy his son was going to the hospital to get some help. Thomas stated to Officer Beganovic that Grant was sending his wife strange text messages and that was the reason why he came to see him. The entire time that Officer Beganovic and Thomas Wilcox spoke, Grant Wilcox's gaze was locked onto his father. Grant repeatedly yelled, "Don't listen to a word that cock sucker says". Once Grant was loaded into the squad, Officer Lyashko accompanied with them. Sergeant Garinger called dispatch and advised that he needed someone to come board up the door that was destroyed when entry was gained. Officer Beganovic went back to Windham Police Department to fill out a pink-slip for Grant Wilcox. After filling out the form, Officer Beganovic drove to UH Portage County Ravenna. Officer Beganovic was advised that Wilcox was still being combative at the hospital while other patients also began to fight. Officer Beganovic rushed to the hospital to deliver the pink-slip and help University Hospital Police with the other patient.

Upon arrival, the fights were no more. Wilcox was in the hospital bed, detained. Officer Beganovic gave the pink-slip to the registered nurse. After UH Police strapped Wilcox to the bed, Officer Beganovic and Officer Lyashko retrieved the handcuffs used to detain Wilcox at his residence. Officer Beganovic and Officer Lyashko were relieved and went back to the Windham Police Department. At approximately 1615 hours, Officer Novak advised dispatch that Wilcox's residence was secured by Allen Keith Construction Company.

Report By: _____        Date: _____

Supervisor: _____        Date: _____

Entered By: _____        Date: _____
**Released by**
**Windham Police Dept.**

Approved By: _____        Date: _____

COPY

21-05001-amk    Doc 8    FILED 02/02/21    ENTERED 02/02/21 14:24:26    Page 13 of 21

**EXHIBIT C**



# Windham PD

Windham PD

9083 North Main St.
Windham, OH 44288
Phone: (330)326-2211
Fax: (330)326-3398

**Released by**
**Windham Police Dept.**

## Incident Report

Incident #: **W202100021**     Report Date:     **Friday, January 8, 2021**

| | |
|---|---|
| Call Type: | **WELFARE CHECK** |
| Location: | 9858 GREEN DR     WINDHAM     Zone: |
| Occurred Between: | 01/08/2021   11:29:00   And   01/08/2021   11:29:00 |
| Supervisor: | 701 Eric Breiding     Unit on Scene: 701 / 713 |
| Officer Report: | 701 Eric Breiding     Officer Assigned: 713 Richard Garinger |
| Boards: D, C or J: | Copies To: |
| Approved By: | Dale     Korman     Approved Date: 01/11/2021 |
| Clearance Code: | K   - UNFOUNDED |

COPY

### Dispatch Times

Received:   11:29     Dispatched:   11:33     Arrived:   11:45     Cleared:   11:45     Total:   0:16

### Incident Names

| Entry Type | Name: | , BRANDY | | DOB: | 01/01/1900 |
|---|---|---|---|---|---|
| **COM** | Address: | 0 | | Phone1: | |
| | Sex: | Race:   Hgt:   0   0   Wgt:   0   Hair: | Eyes: | Phone2: | |

| Entry Type | Name: | WILCOX, GRANT THOMAS | | DOB: | 05/23/1988 |
|---|---|---|---|---|---|
| **SUB** | Address: | 9858 GREEN DR     WINDHAM, OH 44288 | | Phone1: | |
| | Sex: M | Race: W   Hgt:   6   2   Wgt:   400   Hair:   BRO   Eyes:   BLU | | Phone2: | |

### Narrative Report

On 01/08/2021, at approximately 1132hrs, Chief Breiding and Sgt. Garinger responded to 9858 Green Dr. to conduct a welfare check on the resident, Grant Wilcox. Dispatch advised that they had received a call from a Brandy at the Licking County Child Support Office. Brandy indicated to dispatch that during a phone conversation she was having with Wilcox about his child support order, he stated that "he was going to kill himself" and asked "if that made her happy".

Upon arrival to the residence, Breiding and Garinger found no vehicles in the driveway, and after several minutes o' knocking, received no response at the door. Looking into the windows of the residence, officers observed nothing that appeared out of the ordinary. A neighbor reported to Garinger that Wilcox had left earlier this morning, and though that he may possibly be headed to his fathers residence in Streetsboro, Ohio. Streetsboro PD was advised , and they also attempted a welfare check at the father's residence in their city, however Wilcox was not present there either.

| | | |
|---|---|---|
| Report By: | _____ | Date: _____ |
| Supervisor: | _____ | Date: _____ |
| Entered By: | **Released by**<br>**Windham Police Dept.** | Date: _____ |
| Approved By: | _____ | Date: _____ |

COPY

21-05001-amk    Doc 8    FILED 02/02/21    ENTERED 02/02/21 14:24:26    Page 16 of 21

**EXHIBIT D**

DR

CLERK COMMON
PLEAS COURT
LICKING CO. OHIO

2020 NOV 16 AM 10: 13

GARY R. WALTERS
CLERK

COURT OF COMMON PLEAS, LICKING COUNTY, OHIO
DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| Sara N. Wilcox | ) | Case No: 2015 DR 00574 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Judge Duke Frost |
| | ) | |
| Grant T. Wilcox | ) | |
| | ) | |
| Defendant. | ) | <u>Notice of Bankruptcy Filing</u> |

Now comes the Defendant, Grant T. Wilcox, and states to this Court that he has filed a Chapter 13 Bankruptcy proceeding in the United States Bankruptcy Court, Northern District of Ohio, Eastern Division, Case No. 20-51998 filed on November 4, 2020 and listed the Plaintiff as a creditor therein. Defendant states that the within proceeding is therefore stayed pursuant to 11 U.S.C. §362.

Respectfully submitted,

PAT

Peter G. Tsarnas, #0076934
Attorney at Law
Gertz & Rosen, Ltd.
11 S. Forge St.
Akron, OH 44304
Direct Dial: 330.255.0735
Direct Fax: 330.932.2367
ptsarnas@gertzrosen.com

*Attorney for Defendant Grant T. Wilcox*

GERTZ & ROSEN, LTD.
11 SOUTH FORGE STREET
AKRON, OHIO 44304
(330) 376-8336
FAX (330) 376-2522

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by regular U.S. Mail on November 9, 2020, to the following:

Sara N. Butts
9268 Mulberry Rd., SE
Mt. Perry, OH 43760

*Plaintiff*

Herbert Baker
Attorney at Law
301 Main St.
Zanesville, OH 43701

*Counsel for Plaintiff*

Peter G. Tsarnas, #0076934

GERTZ & ROSEN, LTD.
11 SOUTH FORGE STREET
AKRON, OHIO 44304
(330) 376-8336
FAX (330) 376-2522

2

# Court of Common Pleas, Licking County, Ohio
## Domestic Relations Division

COMMON
PLEAS COURT
LICKING CO. OHIO

2020 DEC 15 PM 1: 15

GARY R. WALTERS
CLERK

SARA N. WILCOX (BUTTS)
9268 MULBERRY ROAD
MOUNT PERRY OH 43760
DOB: 04/13/1988,
        PLAINTIFF,

vs

Case No. 2015 DR 00574 DF

GRANT T. WILCOX
9858 GREEN DRIVE
WINDHAM, OH 44288
DOB: 05/23/1988,
        DEFENDANT,

and

THOMAS & KIM WILCOX
641 STATE ROUTE 303
STREETSBORO, OH 44241
DOB: 09/25/1958 - TW
DOB: 09/12/1967 – KW
        THIRD PARTY DEFENDANTS.

Judge
Richard P. Wright

Judge
Duke Frost

Magistrate
C. William Richrich

Magistrate
Ann E. Snyder

Magistrate
Deborah G. Lang

Magistrate
Tracy F. VanWinkle

## JUDGMENT ENTRY

This matter is before the Court upon motion of the Defendant to withdraw the existing capias. The Court previously ruled on such a request. The Defendant is free to pursue relief in other courts regarding the same.

The Defendant's request to set aside or withdraw the capias is denied.

*IT IS SO ORDERED.*

D. Frost
DUKE FROST, JUDGE

cc:
SARA N. WILCOX (BUTTS), PLAINTIFF
HERBERT. W BAKER, ATTORNEY FOR THE PLAINTIFF
GRANT T. WILCOX, DEFENDANT
THOMAS AND KIM WILCOX, THIRD PARTY DEFENDANTS
ERIC J. ALLEN, ATTORNEY FOR THIRD PARTY DEFENDANTS
MARK POOLE, GAL

IN COMPLIANCE WITH CIVIL RULE 58, IT IS
VERIFIED THAT COPIES HAVE BEEN SENT TO THE
PARTIES AND/OR THEIR ATTORNEY OF RECORD IN
A MANNER PRESCRIBED BY CIVIL RULE 5(B) ON
THIS _15th_ DAY OF ___Dec___ , 20_20_ .

_M Athey_

2