IN THE U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: Grant Thomas Wilcox | Bankruptcy Case: 20-51998-amk |
| Grant T. Wilcox, 9858 Green Dr Windham, OH 44288     Debtor/Plaintiff Vs. | Adv. Pro. No. 21-5001 Honorable Alan M. Koschik |
| Sara N. Wilcox 9268 Mulberry Road SE Mount Perry, OH 43760     Creditor/Defendant Vs. Herbert Baker 301 Main Street Zanesville, OH 43701     Creditor/Defendant | DEBTORS/PLAINTIFF'S REPLY IN SUPPORT FOR MOTION FOR PROTECTION ORDER |

Now comes the Debtor/Plaintiff, Pro Se and response to the Creditors Response filed on February 2nd, 2021. Creditors assertions that the arrest warrant is a matter between the Debtor and the Domestic Relations is an attempt Creditors to avoid their affirmative duty to halt any civil proceeding. Creditors were the ones who asked the Domestic Relations

DEBTORS/PLAINTIFF'S REPLY IN SUPPORT FOR MOTION FOR PROTECTION ORDER - 1

Court (who was caught engaging in business with one of the creditors and subsequently recused themselves after the finding of civil contempt) to imprison the Debtor in the first place. For Creditors sit back now and watch the Debtor suffer from their actions this Court should outraged by.

As for the remaining issues with the Civil Contempt proceedings they are civil contempt purge conditions which require retaining an attorney. Or in other words extort the Debtor to spending money for an attorney for the drafting and execution of a Power of Attorney and QDRO. In regards to the QDRO, the Domestic Relations Court did direct the Debtor to pay Creditor Herb Baker to execute on the Debtors behalf.

As for the allegation that the claims of the Debtor-Plaintiff are baseless, such a notion is utterly absurd. Not only is it absurd, but it is completely contradicted by Creditor-Defendants' own exhibits. Case-in-point, Exhibit A. Of the Creditor-Defendants' Response in Opposition to Debtor-Plaintiff's Motion for Restraining Order, the Windham Police Officer clearly states, "**[t]he vehicle registration check returned with the registered owner, Grant Wilcox, having a warrant out of Licking**

DEBTORS/PLAINTIFF'S REPLY IN SUPPORT FOR MOTION FOR PROTECTION ORDER - 2

**County (within radius).**" Simply put, Counsel for the Creditor-Defendants is purposely misrepresenting their own exhibits to this Court.

Additionally, the assertion that the warrant is between the Domestic Relations Court and the Debtor has no merit. The Creditors have the responsibility to ensure that the warrant isn't enforced. "It is incumbent upon creditors to take the necessary steps to halt or reverse any pending State Court actions or other collection **efforts commenced prior to the filing of a bankruptcy petition**, including garnishment of wages, repossession of automobile, foreclosure of a mortgage or a judgment lien and, **thereby, maintain, or restore, the status quo as it existed at the time of the filing of the bankruptcy petition.** In re Webb , 472 B.R. 665 (6th Cir. BAP 2012),(quoting In re Banks , 253 B.R. 25, 30 (Bankr. E.D. Mich. 2000))

The Creditors actions have been blatantly willful in violating the automatic stay numerous times. The Debtor has requested that they rescind the civil arrest warrant and the continue to fail to live up to their affirmative duty to stay the domestic relations civil contempt proceedings. "The creditor sets in motion the process. The creditor is very much in the driver's seat and very much controls what is done

DEBTORS/PLAINTIFF'S REPLY IN SUPPORT FOR MOTION FOR PROTECTION ORDER - 3

thereafter if he chooses. **If the continuation [of a pending collection action] is to be stayed, [the creditor] cannot choose to do nothing and pass the buck to the debtor.**" Fleet Mortg. Group, Inc. v. Kaneb, 196 F.3d 265, 269 (1st Cir.1999)

If this matter was a truly a criminal contempt the Debtor would simply do his 30 days and the Creditors be FOREVER barred from attempting to collect on the Debt due to his Constitutional Safeguards of Double Jeopardy.

For the reasons stated above the Debtor respectfully requests that this Court enter a Restraining Order directing the Creditors to take actions with the Domestic Relations Court.

Respectfully Submitted,

/s/ Grant T. Wilcox
Grant T. Wilcox
Debtor, Pro Se
9858 Green Drive
Windham, OH 44288
330-990-5416
grant.wilcox@gmail.com

# **CERTIFICATE OF SERVICE**

I Grant T. Wilcox certifies that a copy of the foregoing **Debtors/Plaintiff's reply in support for motion for protection order** was served via electronic mail upon Anthony J. DeGirolamo, Counsel for Defendants on February 3rd, 2021.

/s/ Grant T. Wilcox
Grant T. Wilcox

DEBTORS/PLAINTIFF'S REPLY IN SUPPORT FOR MOTION FOR PROTECTION ORDER - 5