IN THE U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: Grant Thomas Wilcox | Bankruptcy Case: 20-51998-amk |
| Grant T. Wilcox,<br>9858 Green Dr<br>Windham, OH 44288<br>　　　　　Debtor/Plaintiff<br>　　　Vs. | Adv. Pro. No. 21-5001<br><br>Honorable Alan M. Koschik |
| Sara N. Wilcox<br>9268 Mulberry Road SE<br>Mount Perry, OH 43760<br>　　　　Creditor/Defendant<br>　　　Vs.<br>Herbert Baker<br>301 Main Street<br>Zanesville, OH 43701<br>　　　　Creditor/Defendant | PLAINTIFFS NOTICE OF DEFENDANTS MATERIAL MISREPRESENTATION |

　　　Now comes the Debtor/Plaintiff, Pro Se and hereby gives notice that the Defendants have made another misrepresentation the Court. On February 3rd, 2021 this Court conducted a hearing on Plaintiff/Debtors motion for a restraining order against the Creditor/Defendant's. During this hearing Defendant's Counsel stated that Defendants were filing a

PLAINTIFFS NOTICE OF DEFENDANTS MATERIAL MISREPRESENTATION - 1

motion the withdrawal the bench warrant out of the Domestic Relations Court. Counsel also stated that the non-oral hearing was set for February 8th, 2021 and the Court agreed to hold another hearing on February 10th, 2021 regarding the need for a Temporary Restraining Order.

On February 4th, 2021 the Defendant's filed their motion to withdrawal the capias with the Domestic Relations Court (Exhibit A). However instead of the non-oral hearing being schedule on February 8th, 2021 as the Defendant's represented to this Court. It is instead scheduled on February 18th, 2021 ten days after the date the Defendants represented to this Court.

Once again the Defendants continuous nonstop misrepresentations and contortions of fact to this Court continue to cause undue burden, stress, anxiety and separation from the Plaintiff's Child (Debtor is aware this Court can do nothing about custody issues). The Plaintiff requested that the Creditors file their motion to withdrawal the capias numerous times. Plaintiff even delayed filing his this motion for a TRO because he was led to believe that such motion was forth coming about a month ago. The Defendant's didn't take action with the Domestic Relations Court until after the Plaintiff filed his motion for a TRO.

Respectfully Submitted,

/s/ Grant T. Wilcox
Grant T. Wilcox
Debtor, Pro Se
9858 Green Drive
Windham, OH 44288
330-990-5416
grant.wilcox@gmail.com

## CERTIFICATE OF SERVICE

I Grant T. Wilcox certifies that a copy of the foregoing **Debtors/ Plaintiff's reply in support for motion for protection order** was served via electronic mail upon Anthony J. DeGirolamo, Counsel for Defendants on February 5th, 2021.

/s/ Grant T. Wilcox
Grant T. Wilcox

PLAINTIFFS NOTICE OF DEFENDANTS MATERIAL MISREPRESENTATION  - 3

Reoper DV

CLERK COMMON
PLEAS COURT
LICKING CO. OHIO

2021 FEB -4 AM 8:54

OLIVIA C. PARKINSON
CLERK

## IN THE COURT OF COMMON PLEAS, LICKING COUNTY, OHIO
### DOMESTIC RELATIONS DIVISION

SARA N. WILCOX (BUTTS)  :
9268 Mulberry Road  :
Mt. Perry, OH 43760  :
                              Plaintiff  :
                         v.  :  Case No. 15 DR0574

GRANT T. WILCOX, et al.  :  JUDGE FROST
9858 Green Drive  :
Windham, Ohio 44288  :
                        Defendants  :  **MOTION**

Now comes the Plaintiff herein, Sara N. Wilcox (Butts), through counsel, and moves the Court for the withdrawal of the Capias entered by this Court on November 2, 2020.

Plaintiff's grounds are set forth below.

### MEMORANDUM

Plaintiff is requesting that the Court withdraw the Capias issued by this Court on November 2, 2020 to the extent that the same was issued for the Defendant's failure to comply with the terms of the parties' Decree in Divorce.

Respectfully submitted,

HERBERT W. BAKER - #0015352
Attorney for Plaintiff

301 Main Street, P.O. Box 400
Zanesville, OH 43702-0400
*Telephone:* (740) 452-8426
*Fax:* (740) 452-4085

HERBERT W. BAKER
ATTORNEY AT LAW
301 MAIN STREET
P.O. BOX 400
ZANESVILLE, OH
43702-0400
(740) 452-8426
(740) 452-4085

## NOTICE OF HEARING

The foregoing Motion shall come on for hearing before the Honorable Duke Frost, Judge of the Licking County Common Pleas Court, Domestic Relations Division by a NON-ORAL hearing on the **18th** day of **February, 2021 at 4 p.m.**

_____
Counsel for Plaintiff

## REQUEST FOR SERVICE

**TO THE CLERK:**

Please issue service and a copy of the foregoing Motion and serve the Defendant, Grant T. Wilcox at 9858 Green Dr., Windham, Ohio 44288 by Certified Mail, return receipt requested.

_____
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served upon Defendants, Thomas and Kim Wilcox at 641 State Route 303, Streetsboro, OH 44241 by regular U.S. Mail, postage prepaid, this 3rd day of February, 2021.

_____
Counsel for Plaintiff

HERBERT W. BAKER
ATTORNEY AT LAW
301 MAIN STREET
P.O. BOX 400
ZANESVILLE, OH
43702-0400
(740) 452-8426
(740) 452-4085

210203wilcoxmotionbenchwarrantjch